# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-46 (MTT) |
| | ) |
| **CHRISTOPHER BRANDON ROBERTS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 16. The defendant was indicted on August 14, 2024, and had his arraignment in this Court on August 28, 2024. Docs. 1; 10. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to permit the parties to assess the need for additional discovery, file appropriate motions, and complete plea negotiations. Doc. 16 ¶ 3. The Court has confirmed the defendant does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 16) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 13, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 11th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT